AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Browning, James O. | U.S.D. C. for District of NM | 05/11/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 333 Lomas Blvd NW Suite 660 <br> Albuquerque, NM 87102 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Custodian | Custodial Account #3 |
| 3. | Director/Vice Chairman | Christian Scholarship Fund |
| 4. | Director/President | Inn of the Courts |
| 5. | Director | Tenth Circuit Historical Society |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Browning, James O.**

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Sunset Mesa Schools Inc., wages |
| 2. | 2010 | Self Employed - School Choir Director, income from students' parents |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | New Mexico Bank & Trust | Mortgage on Rental Prop #3, Albuquerque, NM (Part VII, line 38). See Note 5 at Part VIII | M |
| 2. | New Mexico Bank & Trust | Mortgage on Vacant Land #2, Albuquerque, NM (Part VII, line 39). See Note 5 at Part VIII | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Corporation | | | | | | | | | See NOTE 1 @ Part VIII |
| 2. --Working Interest-Cercion #6, Lea County, NM | | None | | | Sold | 03/1/10 | J | A | Fortyniner Ridge, LLC |
| 3. --Working Interest-Cercion #7, Lea County, NM | | None | | | Sold | 03/1/10 | J | A | Fortyniner Ridge, LLC |
| 4. --Working Interest-Garza #1, Lea County, NM | | None | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 5. --Working Interest - Shell State #1, Lea County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 6. --Working Interest - Shell State #2, Lea County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 7. --Working Interest - Shell State #3, Lea County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 8. --Working Interest - Shell State #4, Lea County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 9. --Working Interest - Shell State #6, Lea County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 10. --Working Interest - Shell State #5, Lea County, NM | | None | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 11. --Working Interest - Snoddy Federal #1, Lea County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 12. --Working Interest - West Loving # 1, Eddy County, NM | | None | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 13. --Working Interest - Queen Lake 36 #1, Eddy County NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 14. --Working Interest - Milano St #1, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 15. --Working Interest - Milano St #2, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 16. --Working Interest - Tirano St, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 17. --Working Interest - Hopi Federal, Lea County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                                                        P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)    S =Assessment                T =Cash Market
   (See Column C2)            U =Book Value            V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Working Interest - Tomcat 16 St #2, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 19. --Working Interest - Tomcat 16 St #3, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 20. --Working Interest - Tomcat 16 St #4, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 21. --Working Interest - Tomcat 16 St #6, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 22. --Working Interest - Tomcat 16 St #7, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 23. --Working Interest - Tomcat 16 St #8, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 24. --Working Interest - Tomcat 16 St #10, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 25. --Working Interest - Tomcat 16 Fed #13, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 26. --Working Interest - Oxy Federal #1, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 27. --Willow Lake 35 #1, Eddy County, NM | A | Royalty | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 28. --Working Interest - N Scanlon, Eddy County, NM | | None | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 29. --Working Interest - Forty Niner Ridge Unit 3 | A | Royalty | | | Sold | 03/01/10 | J | B | Fortyniner Ridge, LLC |
| 30. --Working Interest - Forty Niner Ridge Unit 2 | B | Royalty | | | Sold | 03/01/10 | J | B | Fortyniner Ridge, LLC |
| 31. --Working Interest - Forty Niner Ridge Unit 4 | B | Royalty | | | Sold | 03/01/10 | J | B | Fortyniner Ridge, LLC |
| 32. --Working Interest - Forty Niner Ridge Unit 6 | A | Royalty | | | Sold | 03/01/10 | J | B | Fortyniner Ridge, LLC |
| 33. --Working Interest - Forty Niner Ridge Unit 1 | | None | | | Sold | 03/01/10 | J | A | Fortyniner Ridge, LLC |
| 34. --Working Interest - USP Fee #2, Eddy County, NM | C | Royalty | | | Sold | 03/01/10 | K | E | Fortyniner Ridge, LLC |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Working Interest - Forty Niner Ridge Unit 9 | B | Royalty | | | Sold | 03/01/10 | K | D | Fortyniner Ridge, LLC |
| 36. --Single Member LLC | | | | | | | | | See Note 1, Part VIII |
| 37. ----NM Bank & Trust Checking/Savings | | None | J | T | | | | | |
| 38. ----Rental Property #3, Albuquerque, NM (2006, $663,074) | E | Rent | O | R | | | | | |
| 39. ----Vacant land #2, Albuquerque, NM (2006, $900,754) | | None | O | R | | | | | |
| 40. ----Rental Property #2, Albuquerque, NM (2005, $611,855) | B | Rent | O | R | | | | | |
| 41. --Fidelity Municipal Money Market (Tax Exempt) | | None | J | T | | | | | |
| 42. --Checking Account at New Mexico Bank & Trust | | None | J | T | | | | | |
| 43. Trust #1 - Vanguard Brokerage Acct - Prime Money Market | A | Dividend | J | T | | | | | |
| 44. Trust #1 - Treasury Bills | B | Interest | O | T | | | | | |
| 45. Trust #1 - Savings Bonds | C | Interest | K | T | Sold (part) | 11/17/10 | K | | |
| 46. Trust #1 (Brokerage Account at Fidelity) | | | | | | | | | See NOTE 1 @ Part VIII |
| 47. --Fidelity Municipal Money Market | A | Dividend | J | T | | | | | |
| 48. IRA #1 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |
| 49. --EMC Common Stock | | None | J | T | | | | | |
| 50. --Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 51. --PMC - Sierra Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --Charles Schwab Common Stock | A | Dividend | J | T | | | | | |
| 53. --Tellabs Common Stock | A | Dividend | J | T | | | | | |
| 54. --Xilinx Common Stock | A | Dividend | J | T | | | | | |
| 55. --Baron Small Cap Fund | | None | M | T | | | | | |
| 56. --Baron Partners Fund | | None | L | T | | | | | |
| 57. --Dodge & Cox Interntl Stock Fund | A | Dividend | L | T | Buy (add'l) | 12/21/10 | J | | |
| 58. --Meridian Growth Fund | A | Dividend | M | T | Buy (add'l) | 12/15/10 | J | | |
| 59. --Rydex Nasdaq 100 | | None | M | T | | | | | |
| 60. --Vanguard Int'l Growth Portfolio | B | Dividend | L | T | Buy (add'l) | 12/16/10 | J | | |
| 61. --Vanguard Total Stock Market | C | Dividend | N | T | Buy (add'l) | 03/24/10 | J | | |
| 62. | | | | | Buy (add'l) | 06/23/10 | J | | |
| 63. | | | | | Buy (add'l) | 09/23/10 | J | | |
| 64. | | | | | Buy (add'l) | 12/21/10 | J | | |
| 65. --Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 66. --Fidelity Int'l Discovery | A | Dividend | K | T | Buy (add'l) | 12/03/10 | J | | |
| 67. | | | | | Buy (add'l) | 12/30/10 | J | | |
| 68. IRA #2 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --AllianceBern Global Thematic Gr A (Mutual Fund) | A | Dividend | K | T | Buy (add'l) | 11/23/10 | J | | |
| 70. --Putnam Vista Class A | | None | | | Merged (with line 71) | 09/24/10 | J | | See NOTE 2 @ Part VIII |
| 71. --Putnam Multi Cap Growth Cl A | | None | J | T | | 09/24/10 | J | | See NOTE 2 @ Part VIII |
| 72. --Vanguard Total Stock Market | A | Dividend | K | T | Buy (add'l) | 03/24/10 | J | | |
| 73. | | | | | Buy (add'l) | 06/23/10 | J | | |
| 74. | | | | | Buy (add'l) | 09/23/10 | J | | |
| 75. | | | | | Buy (add'l) | 12/21/10 | J | | |
| 76. --Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 77. --Baron Partners Fund | | None | J | T | | | | | |
| 78. Custodial Account #3 | | | | | | | | | See NOTE 1 @ Part VIII |
| 79. --Vanguard Total Stock Market | A | Dividend | J | T | Buy (add'l) | 03/24/10 | J | | |
| 80. | | | | | Buy (add'l) | 06/23/10 | J | | |
| 81. | | | | | Buy (add'l) | 09/23/10 | J | | |
| 82. | | | | | Buy (add'l) | 12/21/10 | J | | |
| 83. --Fidelity Municipal Money Market | | None | J | T | | | | | |
| 84. --Baron Partners Fund | | None | J | T | | | | | |
| 85. Oppenheimer Scholar's Edge 529 Acct #1 (Wells Fargo Advsrs) | | | | | | | | | See NOTES 1&3 @ Part VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. --Moderate Portfolio C | | None | J | T | Distributed (part) | 01/25/10 | K | | See NOTE 4 @ Part VIII |
| 87. Oppenheimer Scholar's Edge 529 Acct #2 (Wells Fargo Advsors) | | | | | | | | | See NOTES 1&3 @ Part VIII |
| 88. --Moderate Portfolio C | | None | K | T | Buy (add'l) | 01/25/10 | K | | See NOTE 4 @ Part VIII |
| 89. | | | | | Distributed (part) | 06/09/10 | J | | |
| 90. | | | | | Distributed (part) | 08/02/10 | J | | |
| 91. --Moderately Aggressive Portfolio A | | None | | | Distributed | 08/02/10 | J | | |
| 92. Checking Account - Wells Fargo Bank | A | Interest | J | T | | | | | |
| 93. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1 - The items listed in Section VII that have the note "See NOTE 1 @ Part VIII" in Column D(5) are headers only. The specific assets held in that corporation/trust/accounts are indented and listed individually following the header.

NOTE 2 - On September 24, 2010 Putnam Vista Class A shares were merged into Putnam Multi Cap Growth Class A shares. No shares were purchased or sold during the year.

NOTE 3 - The Financial Advisor managing the Oppenheimer Scholar's Edge 529 accounts changed from being associated with A.G. Edwards to Wells Fargo Advisors in 2010.

NOTE 4 - Almost the entire remaining balance of the Oppenheimer Scholar's Edge 529 Acct #1 was transferred into the Oppenheimer Scholar's Edge Acct #2 on January 25, 2010.

NOTE 5 - The two mortgages payable to New Mexico Bank & Trust listed at Part VI, lines 1 & 2 are in the name of the Single Member LLC (Part VII, line 36) which is owned by the Corporation (Part VII, line 1) and were inadvertently omitted from previous reports. The mortgages are personally guaranteed by filer's

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O. | 05/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James O. Browning**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544